1  RICK L. SHACKELFORD (SBN 151262)
   ShackelfordR@gtlaw.com
2  DANIELL K. NEWMAN (SBN 242834)
   NewmanDK@gtlaw.com
3  VICTORIA J. IANNI (SBN 266583)
4  IanniV@gtlaw.com
   GREENBERG TRAURIG, LLP
5  2450 COLORADO AVENUE, SUITE 400E
   Santa Monica, California  90404
6  Telephone: (310) 586-7700
7  Facsimile: (310) 586-7800
   Email:  shackelfordr@gtlaw.com
8
   Attorneys for Defendant
9  TROPICANA PRODUCTS, INC.

10

11

## UNITED STATES DISTRICT COURT

12

## CENTRAL DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware Limited Liability Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TROPICANA PRODUCTS, INC., a Delaware corporation; and DOES 1-10, inclusive<br><br>　　　　Defendants. | CASE NO. CV-09-00566 DSF (CTx)<br><br>**DEFENDANT TROPICANA PRODUCTS INC.'S MEMORANDUM RE: EVIDENTIARY OBJECTIONS TO PLAINTIFF POM WONDERFUL, LLC'S OPPOSITION TO MOTION *IN LIMINE* TO EXCLUDE ALL ARGUMENT AND EVIDENCE REGARDING OTHER TROPICANA PRODUCTS NOT AT ISSUE IN THIS CASE**<br><br>Date:　　　　October 4, 2010<br>Time:　　　　3:00 p.m.<br>Courtroom: 840<br>Judge:　　　Hon. Dale S. Fischer |

# MEMORANDUM IN SUPPORT OF PLAINTIFF'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S OPPOSITION

Pursuant to Paragraph 8(c)(5) of the Court's Standing Order, Defendant Tropicana Products, Inc. ("Tropicana") asserts the following objections to evidence asserted in Plaintiff Pom Wonderful LLC's ("Pom") Opposition to Tropicana's motion *in limine* to exclude all argument and evidence regarding other Tropicana products not at issue in this case ("Opposition"), which was filed with the Court on September 20, 2010.

**Declaration of Daniel Beck in support of Opposition, Exhibit 8**: This evidence constitutes Tropicana's Confidential Mediation Brief. Tropicana objects to this evidence on the ground that violates L.R. 16-15.8 ("All settlement proceedings shall be confidential. No part of a settlement proceeding shall be reported, or otherwise recorded, without the consent of the parties"). The mediation brief was prepared for the parties' mutually agreed to mediator as part of the settlement proceedings pursuant to L.R. 16-15.5(a). Tropicana can think of no reason whatsoever for Pom to have cited the brief in its effort to improperly seek to introduce evidence regarding the Trop50 product that is not at issue in this case, particularly where the mediation brief makes no mention of that product. As for the contention within the brief that Pom cites, namely, the fact that poor sales and declining distribution motivated Tropicana's decision to discontinue the full Pure 100% juice line of products, that point is uncontroversial and uncontroverted.

**Opposition Page 3, lines 21 -24**: Same evidence. Tropicana repeats its objections to this evidence on the same grounds.

DATED: September 28, 2010          GREENBERG TAURIG, LLP


By   //S//:  Daniell K. Newman
     Daniell K. Newman
     Attorneys for Defendant
     TROPICANA PRODUCTS, INC.

1