FILED
CLERK, U.S. DISTRICT COURT
NOV 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, | Case No.: CV 09-566 DSF (CTx) |
| Plaintiff, | |
| v. | |
| TROPICANA PRODUCTS, INC., | VERDICT FORM |
| Defendants. | |

We, the jury, in the above-entitled action, unanimously find the following:

**Question No. 1.**

Did Pom Wonderful prove by a preponderance of the evidence that the label or packaging of Tropicana's juice product was, even if literally true, nevertheless deceptive or had a tendency to deceive a substantial portion of consumers?

YES:_____          NO:____✓_____

(If "Yes," please proceed to Question No. 2; if "No," please sign and date this form and inform the Court Clerk that you have completed your deliberations.)

**Question No. 2.**

Did Pom Wonderful prove by a preponderance of the evidence that Tropicana intended for the label or packaging of Tropicana's juice product to deceive consumers?

YES:_____          NO:_____

(If "Yes," please skip Question No. 3 and answer Question No. 4; if "No," please proceed to Question No. 3.)

**Question No. 3.**

Did Pom Wonderful prove by a preponderance of the evidence that even if Tropicana did not act with the intent to deceive, a substantial portion

of consumers were in fact deceived by the label or packaging of Tropicana's juice product?

YES:_____                          NO:_____

(If "Yes," please proceed to Question No. 4; if "No," please sign and date this form and inform the Court Clerk that you have completed your deliberations.)

**Question No. 4.**

Did Pom Wonderful prove by a preponderance of the evidence that such deception was material, in that it likely influenced the purchasing decision?

YES:_____                          NO:_____

(If "Yes," please proceed to Question No. 5; if "No," please sign and date this form and inform the Court Clerk that you have completed your deliberations.)

**Question No. 5.**

Did Pom Wonderful prove by a preponderance of the evidence that it suffered injury, consisting of lost sales, as a result of Tropicana's conduct?

YES:_____                          NO:_____

(If "Yes," please proceed to Question No. 6; if "No," please sign and date this form and inform the Court Clerk that you have completed your deliberations.)

**Question No. 6.**

What amount of damages, if any, did Pom Wonderful prove by a preponderance of the evidence that it suffered as a result of Tropicana's conduct?

$ _____

(Regardless of your answer to Question No. 6, please proceed to Question No. 7.)

**Question No. 7.**

Did Tropicana prove by clear and convincing evidence that Pom Wonderful engaged in inequitable conduct that is directly related to the subject of Pom Wonderful's claim against Tropicana, such that Pom Wonderful's claim should be barred for "unclean hands"?

YES: ___X___   NO: _____

**YOU ARE NOW AT THE END OF THE DOCUMENT.**
(Please sign and date this form and inform the Court Clerk that you have completed your deliberations.)

DATED: __11/12/10__

SIGNATURE OF JURY FOREPERSON: _[signature]_