1
2
3
4
5                                                                JS 6
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  POM WONDERFUL LLC, a Delaware limited liability company,<br>12<br>13            Plaintiff,<br>14  vs.<br>15  TROPICANA PRODUCTS, INC., a Delaware corporation; and DOES 1-10, inclusive<br>16<br>17<br>18            Defendants. | CASE NO. CV09-00566 DSF (CTx)<br><br>[PROPOSED] JUDGMENT<br><br>JUDGE:    Hon. Dale S. Fisher<br><br>DATE FILED:   January 23, 2009<br>TRIAL DATE:   November 2, 2010 |

19
20
21
22
23
24
25
26
27
28

On November 2, 2010, this action came on for a jury trial, the Honorable Dale S. Fischer presiding.  On November 12, 2010, the jury rendered its verdict in this case.  In accordance with that verdict and the provisions of Rule 58 of the Federal Rules of Civil Procedure:

IT IS ADJUDGED that:

1. Plaintiff Pom Wonderful LLC takes nothing by this suit;
2. This action is dismissed on its merits; and
3. Defendant Tropicana Products, Inc. may recover its costs of suit taxed in this matter from the plaintiff Pom Wonderful LLC.

DATED: 11/30/10

By: /s/ Dale S. Fischer
The Honorable Judge Dale S. Fischer
United States District Court Judge